UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2500 FMO (AJWx) | Date | October 12, 2016 |
|---|---|---|---|
| Title | Bienville South v. County of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions

Pursuant to the Court's Order of June 17, 2016, the parties were required to complete a settlement conference before a mediator from the court's ADR Panel no later than October 5, 2016. (See Dkt. 16, Court's Order of June 17, 2016, at 18). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id. at 18-19).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **October 17, 2016**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of June 17, 2016. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |